1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:   (510) 272-0711
4
   Attorney for Defendant
5  STEVEN JOHN BARNES

6

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                                   –ooo–
10

11 UNITED STATES OF AMERICA,           CR. No.  07-0300-JSW

12        Plaintiff,

13 vs.                                 **STIPULATION AND** ~~PROPOSED~~
                                       **ORDER TO VACATE HEARING**
14                                     **RE. RELEASE OF LIEN**
   STEVEN JOHN BARNES,                 _____
15
          Defendant.                   **AND ORDER TERMINATING**
16                                     **MOTION**
   _____/
17

18        IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue

19 Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Michelle

20 Kane, that the motion to remove the lien on Mr. Barnes' house be vacated from the Court

21 calendar on May 24, 2012.  Mr. Barnes and the Financial Litigation Unit of the U.S.

22 Attorney's Office worked together and he has obtained refinancing at a greatly reduced

23

24

25 Dated: May 20, 2012                            /s/
                                       _____
                                       RANDY SUE POLLOCK
26                                     Attorney for Defendant
                                       Steven John Barnes
27

28

Dated: May 20, 2012          _____/s/_____
                             MICHELLE KANE
                             Assistant United States Attorney

SO ORDERED: **This Order terminates Docket No. 58.**

DATE: May 21, 2012           _____*/s/ Jeffrey S. White*_____
                             JEFFREY S. WHITE
                             United States District Court Judge